IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO COYAZO, F-15687. ) | |
| ) | |
| Plaintiff(s), ) | No. C 11-6575 CRB (PR) |
| ) | |
| v. ) | ORDER |
| ) | |
| J. CHUDY, M.D., et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

The hearing noticed for March 1, 2013 on defendants' motion for summary judgment in this pro se prisoner action under 42 U.S.C. § 1983 is VACATED. A ruling on the motion will issue shortly.

SO ORDERED.

DATED: Feb. 19, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Coyazo, A.11-6575.or1.wpd