IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO COYAZO, F-15687.<br>　　　　Plaintiff(s),<br>　v.<br>J. CHUDY, M.D., et al.,<br>　　　　Defendant(s). | No. C 11-6575 CRB (PR)<br><br>ORDER |

　　　The hearing noticed for March 1, 2013 on defendants' motion for summary judgment in this pro se prisoner action under 42 U.S.C. § 1983 is VACATED. A ruling on the motion will issue shortly.

SO ORDERED.

DATED: Feb. 19, 2013

　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.11\Coyazo, A.11-6575.or1.wpd