IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO COYAZO, F-15687.<br><br>           Plaintiff(s),<br><br>  v.<br><br>J. CHUDY, M.D., et al.,<br><br>           Defendant(s). | )<br>)<br>)  No. C 11-6575 CRB (PR)<br>)<br>)  ORDER<br>)<br>)<br>)<br>) |

Good cause shown, plaintiff's request for leave to file a late opposition to defendants' motion for summary judgment is GRANTED. Defendants shall file a reply to plaintiff's opposition (e-filed as docket item number 18) by no later than March 15, 2013.

SO ORDERED.

DATED: Feb. 27, 2013

                                              CHARLES R. BREYER
                                              United States District Judge